IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VINCENT PAUL BARELA,<br><br>Plaintiff,<br><br>v.<br><br>JILL CASTRO and UTA TRAX OFFICER PETERSON,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-cv-00253-CW-BCW<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Brooke C. Wells |

The case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Brooke C. Wells pursuant to 28 U.S.C. § 636(b)(1)(B). *See* Dkt. No. 5. On April 18, 2016, Defendant Jill Castro filed a Motion to Quash Service of Process on the basis of insufficient service of process under Federal Rule of Civil Procedure 12(b)(5). Judge Wells issued a Report and Recommendation on May 26, 2016, which recommends that Ms. Castro's motion be granted. Plaintiff Vincent Paul Barela did not file an objection to the recommendation and the time for doing so has passed.

Having reviewed the Report and Recommendation, the court agrees that service of process was insufficient. Accordingly, the court APPROVES AND ADOPTS Judge Well's Report and Recommendation (Dkt. No. 6) in its entirety.

SO ORDERED this 13th day of June, 2016.

BY THE COURT:

_____
Clark Waddoups
United States District Judge